■ Drianna Rodriguez, Appellant, v Our Lady of Mercy Healthcare Systems, Inc., et al., Respondents. [916 NYS2d 505]—Appeal from order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered September 16, 2009, which denied plaintiff's motion for a default judgment against defendant St. Agnes Hospital, unanimously dismissed, without costs, as taken from a nonappealable order.

The order appealed was entered ex parte as it relates to St. Agnes, the only party against which the default judgment was

sought, and an ex parte order is not appealable (CPLR 5701 [a] [2]; *Sholes v Meagher*, 100 NY2d 333, 335 [2003]; *Lichtman v Mount Judah Cemetery*, 269 AD2d 319 [2000], *lv dismissed in part and denied in part* 95 NY2d 860 [2000]). It is further noted that plaintiff has failed to serve St. Agnes with notice of this appeal. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Román, JJ.